**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:

**Terence Michael and Kathyrn Wilson Hynes**
Debtor

Case No. 16-10556-BFK

Chapter 11

## NOTICE OF APPEARANCE

WILL THE CLERK OF COURT please note pursuant to Bankruptcy Rule 9010, the appearance of Jack I. Frankel on behalf of Judy A. Robbins, United States Trustee, Region Four.

February 23, 2016

Judy A. Robbins,
United States Trustee for
Region Four

/s/ Jack I. Frankel
By: Jack I. Frankel, Trial Attorney
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
(703) 557-7176