# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number**   16−10556−BFK
**Chapter**   11

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Terence Michael Hynes | Kathryn Wilson Hynes |
| aka Terence M. Hynes | aka Kathryn W. Hynes |
| 7004 Green Oak Drive | 7004 Green Oak Drive |
| Mc Lean, VA 22101−1551 | Mc Lean, VA 22101−1551 |

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−7740        Joint Debtor: xxx−xx−8964

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA        Joint Debtor:  NA

## NOTICE OF POSSIBLE DISMISSAL
## PURSUANT TO LBR 1007−1 LISTS, SCHEDULES AND STATEMENTS

**TO:**        **DEBTOR OR DEBTOR'S COUNSEL**

You filed a petition with the Office of the Clerk of the United States Bankruptcy Court, Eastern District of Virginia, on February 18, 2016. Pursuant to Local Bankruptcy Rule 1007−1, please be advised that the following document(s) are missing and must be filed within fourteen (14) days of the petition date.

**Missing Documents Due:  March 3, 2016**

*Failure to timely file the missing document(s) or to timely seek an extension of time, will result in the automatic dismissal of the bankruptcy case without further notice.*

**\*\*Missing Document(s):**

 **Summary of Schedules and All Schedules**
**Declaration About an Individual Debtor's Schedules**
**Chapter 11 Statement of Your Current Monthly Income**
**Statement of Financial Affairs and List of Equity Security Holders**

                                                                                                       **William C. Redden**
                                                                                                       **Clerk, United States Bankruptcy Court**

Date:   February 22, 2016

                                                                                                       /s/   Denise S. Williams
                                                                                                       Deputy Clerk

[10071vDec2015.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                              Case No. 16-10556-BFK
Terence Michael Hynes                                                                Chapter 11
Kathryn Wilson Hynes
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: williamsd           Page 1 of 1             Date Rcvd: Feb 22, 2016
                              Form ID: 1007115          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2016.
db/jdb          Terence Michael Hynes,    Kathryn Wilson Hynes,    7004 Green Oak Drive,
                  Mc Lean, VA  22101-1551

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2016                              Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2016 at the address(es) listed below:
              Brian Andrew Tucci    on behalf of Joint Debtor Kathryn Wilson Hynes btucci@briantuccilaw.com
              Brian Andrew Tucci    on behalf of Debtor Terence Michael Hynes btucci@briantuccilaw.com
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 3