# UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia
200 South Washington Street
Alexandria, VA 22314

## NOTICE OF ELECTRONIC FILING PROCEDURE

| | |
|---|---|
| Case Name: | Terence Michael Hynes<br>Kathryn Wilson Hynes |

**Case Number:** 16–10556–BFK                    **Date Filed:** February 18, 2016

The above case, which has been filed in this court, can be accessed electronically via the Court's Internet site at http://www.vaeb.uscourts.gov. In compliance with Federal Rule of Bankruptcy Procedure 9011 and in accordance with the Local Bankruptcy Rule 5005–2 authorizing the Clerk to promulgate and revise the Court's Electronic Case Files Policy, the registered participant's password shall constitute the signature of that person; therefore, security of a registered participant's password is the responsibility of that person. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Administrative Procedures**.

Parties with legal representation **must** file documents in accordance with the following:

1. The requirements for filing, viewing and retrieving case documents are: A personal computer running Internet Explorer or Firefox, Adobe Acrobat 4.0 or later software to convert documents from a word processor format to a portable document format (PDF), and an Internet Service Provider (ISP) using Point–to–Point Protocol (PPP). The URL address is *www.vaeb.uscourts.gov* and a password is needed to access this system. Please contact the Court for further assistance. If you are **unable** to comply with these requirements, **then**

2. You must file a "Request for Waiver to File by Computer Diskette or Conventionally" as provided for in the Electronic Case Files Policy to indicate your inability to file through use of the Internet component of CM/ECF. If the Court authorizes you to file by diskette, **then**

3. You must submit your documents on a diskette using PDF format. The Adobe Acrobat software will provide this format. Further instruction may be found in Adobe's manual. Use a separate diskette for each filing. Submit the diskette in an envelope with the case name, case number, type and title of document, and the file name on the diskette. **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are **unable** to comply with these requirements or the requirements set forth in item number 1, or the requirement set forth in item number 2, above, **then**

4. You must submit your documents on a diskette using one of the following formats: Word, WordPerfect, or DOS text (ASCII). **An original signed copy of the filing shall be retained in the registered participant's files in accordance with the Electronic Case Files Policy.** If you are unable to comply with this requirement, the requirements set forth in items number 2 or 3, or the requirements set forth in item number 1, above, **then**

5. You then may file conventionally on unstapled, unbound, 8 ½" x 11" single–sided paper. Documents must be submitted with full signature(s), and will be scanned by the Clerk's Office. The scanned file will constitute the original signature(s). **Include your "Request for Waiver to File by Computer Diskette or Conventionally" with your filing.**

**Important Note: All parties without legal representation, except governmental units and institutional entities described in Electronic Case Files Policy 2(A)(2)(b), may file documents conventionally in accordance with the Local Bankruptcy Rules.**

Dated:  February 23, 2016                                   William C. Redden
[VAN062vMay2015.jsp]                                          Clerk of the Bankruptcy Court

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 16-10556-BFK
Terence Michael Hynes                                                     Chapter 11
Kathryn Wilson Hynes
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: glennj              Page 1 of 1              Date Rcvd: Feb 23, 2016
                              Form ID: VAN062           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2016.
db/jdb         Terence Michael Hynes,   Kathryn Wilson Hynes,   7004 Green Oak Drive,
                 Mc Lean, VA 22101-1551
13246506      +AmEx,   Correspondence,   PO Box 981540,   El Paso, TX 79998-1540
13246505      +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
13246507      +Barclays Bank Delaware,   125 S West Street,   Wilmington, DE 19801-5014
13246508      +Barclays Bank Delaware,   PO Box 8801,   Wilmington, DE 19899-8801
13246516      +Burton J. Haynes, Esq.,   Burton J. Haynes, P.C.,   9273 Old Keene Mill Road,
                 Burke, VA 22015-4202
13246509       Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
13246510       Caregivers Home Health Service,   431 Park Avenue #300,   Falls Church, VA 22046-3305
13246511      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
13246512      +Chase,   Attn: Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
13246519      +David E. Lynn, Esq.,   15245 Shady Grove Road #465 N,   Rockville, MD 20850-3222
13246514      +Financial Corp. Of America,   Attn: Bankruptcy,   PO Box 203500,   Austin, TX 78720-3500
13246513      +Financial Corp. Of America,   12515 Research Blvd S-10,   Austin, TX 78759-2247
13246515      +GW University Hospital,   UHS Atlantic Region Office,   8831 Park Central Drive #102,
                 Richmond, VA 23227-1147
13246520      +Gerard J. Mene, Esq.,   US Attorney's Office,   2100 Jamieson Avenue,
                 Alexandria, VA 22314-5794
13246521      +James Rodio, Esq.,   2121 Eisenhower Avenue #300,   Alexandria, VA 22314-4688
13246518      +Robert Lathrop,   Virginia Dept. of Taxation,   600 E. Main Street, 23rd Floor,
                 Richmond, VA 23219-2416
13246522      +U.S. Attorney for E.D. Va.,   2100 Jamieson Ave.,   Alexandria, VA 22314-5702
13246523     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court: US Bank Visa,   US Bancorp Center,   800 Nicollet Mall,
                 Minneapolis, MN 55402-0000)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13246517       E-mail/Text: cio.bncmail@irs.gov Feb 24 2016 02:03:51      Internal Revenue Service,
                 Centralized Insolvency Oper.,   PO Box 7346,   Philadelphia, PA 19101-7346
13246524       E-mail/Text: bkr@taxva.com Feb 24 2016 02:05:04      Virginia Dept. of Taxation,
                 Office of Compliance,   P.O. Box 1880,   Richmond, VA 23218-0000
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2016 at the address(es) listed below:
              Brian Andrew Tucci    on behalf of Joint Debtor Kathryn Wilson Hynes btucci@briantuccilaw.com
              Brian Andrew Tucci    on behalf of Debtor Terence Michael Hynes btucci@briantuccilaw.com
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 3