# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

Alexandria   **Division**

In re   Terence Michael Hynes
     Kathryn Wilson Hynes

Case No.   16-10556-BFK

Debtor(s)   Chapter   11

## ORDER EXTENDING TIME
## TO FILE LISTS, SCHEDULES AND STATEMENTS

The above debtor(s) having timely filed a motion to extend the time for filing certain required lists, schedules and statements pursuant to Local Rule 1007-1(B); it is, therefore

**ORDERED**, under authority of Local Rule 1007-1(C), the time is extended to _____3/17/2016_____, for filing the following:

[Description of Lists, Schedules & Statements Due]

WILLIAM C. REDDEN
Clerk of Court

By /s/ Jillinda Glenn
     Deputy Clerk

Date: March 02, 2016

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

March 02, 2016

[oextflss ver 01/10]