United States Bankruptcy Court
Eastern District of Virginia
Alexandria Division

In re:

Terence Michael Hynes,                    Case No.  **16-10556-BFK**
Kathryn Wilson Hynes,

                                           Chapter 11

            Debtor.


                                           **Hearing May 3, 2016, at 11:00 am**
                                                **Courtroom III, 3rd Floor**


## Notice of Motion and Notice of Hearing

The United States Trustee has filed papers with the Court to have the Court set a date

certain for the filing of a disclosure statement and plan of reorganization by the Debtors, and for

the Debtors to submit and the Court approve a budget for the Debtors' expenses.

A hearing on the motion will be held:

| Place: | Date and Time: |
|---|---|
| Martin V.B. Bostetter, Jr. United States Courthouse United States Bankruptcy Court Courtroom No. III, Third Floor 200 South Washington Street Alexandria, Virginia 22314 | Tuesday, May 3, 2016 at 11:00 am |


**Your rights may be affected.  You should read these papers carefully and discuss
them with your attorney, if you have one in this bankruptcy case. (If you do not have an
attorney, you may wish to consult one.)**

If you do not wish the Court to grant the relief sought in the motion, or if you want the
Court to consider your views on the motion, then on or before five days before the scheduled
hearing date, you or your attorney must:

■              File with the Court a written response with supporting memorandum as required
               by Local Bankruptcy Rule 9013-1(H). **Unless a written response and
               supporting memorandum are filed and served by the date specified, the**

Office of the United States Trustee
115 South Union Street
Alexandria, Virginia  22314
(703) 557-7229

**Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must **also** mail a copy to the persons listed below.

■       Attend the hearing.

**If no timely response has been filed opposing the relief requested, the Court may grant the relief without holding a hearing.**

■       A copy of any written response must be mailed to the following persons:

United States Trustee
115 South Union St, Suite 210
Alexandria, VA  22314

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and enter an order granting that relief.

Judy A. Robbins,
United States Trustee,

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

Certificate of Service

I hereby certify that on the 4th day of April, 2016, I mailed, United States mail, postage prepaid, first class, a copy of this motion and notice of motion and hearing to:

| **Brian Andrew Tucci**, **Esq.** | **Terence Michael Hynes** |
|---|---|
| Goren &Tucci, LLC | **Kathryn Wilson Hynes** |
| 7979 Old Georgetown Road, Suite 750 | 7004 Green Oak Drive |
| Bethesda, MD 20814 | Mc Lean, VA 22101-1551 |

/s/  Jack Frankel