**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

In re:

**Terence Michael Hynes,**
**Kathryn Wilson Hynes,**

      **Debtors.**

    **Case No.** 16-10556-BFK

Chapter 11

**Hearing May 17, 2016, at 11:00 am**
        **Courtroom III, 3rd Floor**

**Notice of Objection and Notice of Hearing**

    The United States Trustee has filed papers with the Court responding (objecting) to the application to employ special tax counsel and accountant.  A hearing on the response will be held:

| **Place:** | **Date and Time**: |
|---|---|
| Martin V.B. Bostetter, Jr. United States Courthouse<br>United States Bankruptcy Court<br>Courtroom No. III,  Third Floor<br>200 South Washington Street<br>Alexandria, Virginia 22314 | Tuesday,  May 17, 2016, at 11:00 am |

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not wish the Court to grant the relief sought in the objection, or if you want the Court to consider your views on the objection, then on or before Tuesday, May 17, 2016, you or your attorney may:

■        File with the Court, at the address shown below, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated

Office of the United States Trustee
115 South Union Street
Alexandria, Virginia  22314
(703) 557-7229

above. You must **also** mail a copy to the persons listed below.

■        Attend the hearing.

**If no response has been filed opposing the objection and you do not appear at
the hearing, the Court may sustain the objection.**

■        A copy of any written response must be mailed to the following persons:

United States Trustee
115 South Union St, Suite 210
Alexandria, VA  22314

Judy A. Robbins
United States Trustee

/s/  Jack Frankel
Jack Frankel, Attorney
Office of United States Trustee
115 S Union Street
Alexandria, VA 22314
(703) 557-7229

Certificate of Service

I hereby certify that on the  27th day of April, 2016 I mailed, United States mail, postage
prepaid, first class, a copy of the response to application to employ special tax counsel and
accountant and  notice of objection and hearing to:

| | | |
|---|---|---|
| **Terence Michael Hynes**<br>**Kathryn Wilson Hynes**<br>7004 Green Oak Drive<br>Mc Lean, VA 22101-1551 | **Brian Andrew Tucci**, **Esq.**<br>Goren &Tucci, LLC<br>7979 Old Georgetown Road, Suite 750<br>Bethesda, MD 20814 | |

/s/  Jack Frankel