IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TERENCE MICHAEL HYNES | : | Case No. 16-10556-BFK |
| and | : | (Chapter 11) |
| KATHRYN WILSON HYNES | : | |
| | : | |
| Debtors | : | |

**ORDER GRANTING
MOTION FOR ORDER DIRECTING PRODUCTION OF DOCUMENTS
PURSUANT TO F.R.B.P. 2004**

This matter comes before the Court on the Motion (the "Motion") of Terence Michael Hynes and Kathryn Wilson Hynes, Debtors herein, seeking the entry of an Order directing Barclays Bank Delaware to produce documents, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure. Upon consideration of the Motion, and the response thereto, if any, and for good cause shown, it is, by the Court

ORDERED: That within 14 days of the date of service of a subpoena in this case, Barclays Bank Delaware is ordered to produce for inspection and copying at the office of Debtors' counsel, 15245 Shady Grove Road, Suite 465 N, Rockville, Maryland 20850 all records pertaining to the Debtors' use of their Barclays Bank Delaware credit card account(s) for calendar year 2015; and it is further

ORDERED: That counsel for the Debtors are authorized to cause the issuance of a subpoena for the records described herein.

Dated:
May 16 2016

/s/ Brian F. Kenney
_____
Brian F. Kenney, Judge
United States Bankruptcy Court for the
  Eastern District of Virginia

Entered on docket: 5/17/2016

WE ASK FOR THIS:

 /s/ Brian A. Tucci
Brian A. Tucci - VSB No. 79761
Goren & Tucci, LLC
7979 Old Georgetown Road, Suite 750
Bethesda, MD 20814
(301) 718-1892
btucci@briantuccilaw.com
Local counsel for the Debtors

 /s/ David E. Lynn
David E. Lynn - D.C. #360397; MD Fed. #08779
15245 Shady Grove Road, Suite 465 North
Rockville, MD  20850
(301) 255-0100
davidlynn@verizon.net
Lead bankruptcy counsel for the Debtors

## Local Rule 9022-1.C Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1.C.

 /s/ Brian A. Tucci
Brian A. Tucci